AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer
Sean E. O'Donnell
Sunny Gulati
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Sarah Link Schultz (*pro hac vice* admission pending)
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)

*Attorneys for the Convertible Noteholders' Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                        :
In re:                                              :      Chapter 11
                                                        :
EXCEL MARITIME CARRIERS LTD., *et al*.   :      Case No. 13-23060 (RDD)
                                                        :
                         Debtors.[1]            :      (Joint Administration Requested)
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Sarah Link Schultz, request admission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent the ad hoc committee (the "Convertible Noteholders' Committee") of certain unaffiliated holders of the 1.875% convertible senior notes

---

[1] The Debtors are Excel Maritime Carriers LLC, Excel Maritime Carriers Ltd., Amanda Enterprises Ltd., Barland Holdings Inc., Candy Enterprises Inc., Castalia Services Ltd., Centel Shipping Company Ltd., Coal Gypsy Shipco LLC, Coal Hunter Shipco LLC, Coal Pride Shipco LLC, Fianna Navigation S.A., Fountain Services Ltd., Grain Express Shipco LLC, Grain Harvester Shipco LLC, Harvey Development Corp., Ingram Ltd., Iron Anne Shipco LLC, Iron Beauty Shipco LLC, Iron Bill Shipco LLC, Iron Bradyn Shipco LLC, Iron Brooke Shipco LLC, Iron Fuzeyya Shipco LLC, Iron Kalypso Shipco LLC, Iron Knight Shipco LLC, Iron Lindrew Shipco LLC, Iron Manolis Shipco LLC, Iron Miner Shipco LLC, Iron Vassilis Shipco LLC, Kirmar Shipco LLC, Liegh Jane Navigation S.A, Lowlands Beilun Shipco LLC, Marias Trading Inc., Minta Holdings S.A., Odell International Ltd., Ore Hansa Shipco LLC, Pascha Shipco LLC, Point Holdings Ltd., Sandra Shipco LLC, Santa Barbara Shipco LLC, Snapper Marine Ltd., Tanaka Services Ltd., Teagan Shipholding S.A., Thurman International Ltd., Whitelaw Enterprises Co., Liegh Jane Navigation S.A., and Yasmine International Inc.

203840749 v1

due 2027 issued pursuant to that certain Indenture dated as of October 10, 2007 between Excel Maritime Carriers Ltd., as issuer, and Deutsche Bank Trust Company Americas, as trustee, in the above-referenced chapter 11 cases.

I certify that I am a member in good standing of the bar of the State of Texas and admitted to practice before the United States District Court for the Southern District of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, and the United States District Court for the Western District of Texas, and the Texas Supreme Court.

My address is 1700 Pacific Avenue, Suite 4100, Dallas, Texas 75201; my email address is sschultz@akingump.com; and my telephone number is (214) 969-4367.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: New York, New York
July 2, 2013

    AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Sarah Link Schultz*
Michael S. Stamer
Sean E. O'Donnell
Sunny Gulati
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Sarah Link Schultz (*pro hac vice* admission pending)
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)

*Attorneys for the Convertible Noteholders' Committee*

203840749 v1

# EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re:                                                         :        Chapter 11
:
EXCEL MARITIME CARRIERS LTD., *et al*.        :        Case No. 13-23060 (RDD)
:
Debtors.[1]                                              :        (Joint Administration Requested)
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Sarah Link Schultz, to be admitted, *pro hac vice*, to represent the Convertible Noteholders' Committee in the above-referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas and admitted to practice before the United States District Court for the Southern District of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, and the United States District Court for the Western District of Texas, and the Texas Supreme Court, it is hereby

**ORDERED**, that Sarah Link Schultz, Esq., is admitted to practice, *pro hac vice*, in the above referenced chapter 11 cases to represent the Convertible Noteholders' Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

---

[1] The Debtors are Excel Maritime Carriers LLC, Excel Maritime Carriers Ltd., Amanda Enterprises Ltd., Barland Holdings Inc., Candy Enterprises Inc., Castalia Services Ltd., Centel Shipping Company Ltd., Coal Gypsy Shipco LLC, Coal Hunter Shipco LLC, Coal Pride Shipco LLC, Fianna Navigation S.A., Fountain Services Ltd., Grain Express Shipco LLC, Grain Harvester Shipco LLC, Harvey Development Corp., Ingram Ltd., Iron Anne Shipco LLC, Iron Beauty Shipco LLC, Iron Bill Shipco LLC, Iron Bradyn Shipco LLC, Iron Brooke Shipco LLC, Iron Fuzeyya Shipco LLC, Iron Kalypso Shipco LLC, Iron Knight Shipco LLC, Iron Lindrew Shipco LLC, Iron Manolis Shipco LLC, Iron Miner Shipco LLC, Iron Vassilis Shipco LLC, Kirmar Shipco LLC, Liegh Jane Navigation S.A, Lowlands Beilun Shipco LLC, Marias Trading Inc., Minta Holdings S.A., Odell International Ltd., Ore Hansa Shipco LLC, Pascha Shipco LLC, Point Holdings Ltd., Sandra Shipco LLC, Santa Barbara Shipco LLC, Snapper Marine Ltd., Tanaka Services Ltd., Teagan Shipholding S.A., Thurman International Ltd., Whitelaw Enterprises Co., Liegh Jane Navigation S.A., and Yasmine International Inc.

203840749 v1

Dated: July ___, 2013
New York, New York

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE