AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer
Sean E. O'Donnell
Sunish Gulati

AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz (admitted *pro hac vice*)

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| EXCEL MARITIME CARRIERS LTD., et al. | : | Case No. 13-23060 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

**FIFTH MONTHLY FEE STATEMENT OF AKIN GUMP STRAUSS HAUER &
FELD LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP ("***Akin Gump***") |
| Date of Retention: | Order entered on September 12, 2013 retaining Akin Gump Strauss Hauer & Feld LLP *nunc pro tunc* to July 10, 2013 [Docket No. 318] |
| Period for which compensation and reimbursement is sought: | November 1, 2013 through November 30, 2013 (the "***Fee Period***") |

| | |
|---|---|
| Amount of compensation sought as actual, reasonable and necessary: | $221,580.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $10,859.73 |

This statement is the fifth monthly fee statement (the "*Fee Statement*") of Akin Gump, counsel to the Official Committee of Unsecured Creditors (the "*Committee*") of Excel Maritime Carriers Ltd., *et al.* (collectively, the "*Debtors*") filed pursuant to the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and LBR S.D.N.Y. 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 289] (the "*Interim Compensation Order*"). Akin Gump requests payment in accordance with the provisions of the Interim Compensation Order in the amount of (i) $177,264.00 (80% of $221,580.00) on account of actual, reasonable and necessary professional services rendered to the Committee by Akin Gump during the Fee Period and (ii) $10,859.73 on account of reimbursement of actual, reasonable and necessary costs and expenses incurred by Akin Gump during the Fee Period.

Attached as **Exhibit A** hereto is a detailed itemization and description of the services that Akin Gump rendered during the Fee Period. Specifically, with respect to each individual who provided services on the Committee's behalf during the Fee Period, **Exhibit A** (i) identifies the individuals that rendered services in each subject matter, (ii) describes each activity or service that each individual performed and (iii) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. Attached as **Exhibit B** hereto is a list of individuals and their respective titles who provided services during the Fee Period that includes information regarding their respective billing rates and the total number hours spent by each individual providing services during the Fee Period. Attached as **Exhibit C** hereto is the summary of expenses by type. Attached as **Exhibit D** hereto is the invoice of Kyriakides

Georgopoulous Law Firm ("*KG Law Firm*"), foreign counsel to the Committee.  Akin Gump seeks payment of the amounts invoiced by KG Law Firm as an expense in accordance with the terms of the *Order Authorizing the Official Committee of Unsecured Creditors of Excel Maritime Carriers Ltd., et al., to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Nunc Pro Tunc to July 10, 2013* [Docket No. 318].

### <u>Notice</u>

Akin Gump has provided notice of this Fee Statement to: (i) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, Attn: Jay M. Goffman and Mark A. McDermott; (ii) the office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Paul K. Schwartzberg; (iii) counsel to the steering committee of certain secured lenders under the Debtors' senior secured credit facility, Holland & Knight LLP, 10 St. James Avenue, Boston, MA 02116, Attn: John J. Monaghan; and (iv) to the Debtors via electronic mail to their counsel, at shana.elberg@skadden.com and julie.lanz@skadden.com.

*[remainder of page intentionally left blank]*

WHEREFORE, pursuant to the Interim Compensation Order, Akin Gump requests: (i) payment of compensation in the amount of (i) $177,264.00 (80% of $221,580.00) on account of actual, reasonable and necessary professional services rendered to the Committee by Akin Gump and (ii) reimbursement of actual, reasonable and necessary costs and expenses in the amount of $10,859.73 incurred on behalf of the Committee by Akin Gump.

New York, New York
Dated:  December 20, 2013

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  */s/ Michael S. Stamer*
Michael S. Stamer
Sean E. O'Donnell
Sunish Gulati
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
mstamer@akingump.com
sodonnell@akingump.com
sgulati@akingump.com

  and

Sarah Link Schultz (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
sschultz@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*

**Exhibit A**



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| EXCEL MARITIME CARRIERS LTD. AD HOC NOTE | Invoice Number 1517259 |
| ATTN: PAVLOS  KANELLOPOULOS | Invoice Date 12/19/13 |
| 17TH KM NATIONAL ROAD ATHENS | Client Number 691516 |
| LAMIA & FINIKOS STREET | Matter Number 0002 |
| 145-64 NEA KIFISIA | |
| ATHENS  14564 | |
| GREECE | |

Re: EXCEL UCC

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/13 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 20.10 | $17,749.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 15.90 | $6,705.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 11.30 | $5,437.50 |
| 0005 | Review/Preparation of Schedules, Statements | 1.00 | $400.00 |
| 0006 | Retention of Professionals | 0.30 | $120.00 |
| 0007 | Creditors Committee Meetings | 14.80 | $11,401.00 |
| 0008 | Court Hearings | 2.90 | $2,669.50 |
| 0010 | DIP Exit Financing | 4.90 | $3,705.00 |
| 0015 | Analysis of Secured Claims/Adequate Protection Issues | 3.60 | $1,889.00 |
| 0017 | Adversary Proceedings/Litigation Matters | 3.50 | $2,609.00 |
| 0021 | Exclusivity | 2.40 | $1,435.00 |
| 0022 | Plan/Disclosure Statement/Solicitation and Related Documentation | 229.10 | $166,375.00 |
| 0027 | General Corporate Matters | 1.40 | $1,085.00 |
| | TOTAL | 311.20 | $221,580.00 |

EXCEL MARITIME CARRIERS LTD. AD HOC NOTE

Invoice Number: 1517259

Page 2

December 19, 2013

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 11/01/13 | BRK | 0002 | Update case calendar. | 0.40 |
| 11/01/13 | KME | 0002 | Draft holder NDA. | 0.70 |
| 11/05/13 | MSS | 0002 | Review relevant documents (.8); telephone calls and emails with Akin and Jefferies teams (.8); telephone calls and emails with company counsel (.4); telephone calls with client representatives (.5). | 2.50 |
| 11/06/13 | MSS | 0002 | Review relevant documents (.8); telephone calls and emails with various parties regarding various issues (1.3). | 2.10 |
| 11/06/13 | BRK | 0002 | Update case calendar. | 0.20 |
| 11/07/13 | MSS | 0002 | Review relevant materials (.6); telephone calls and emails with various parties regarding various issues (.8). | 1.40 |
| 11/07/13 | BRK | 0002 | Update case calendar. | 0.20 |
| 11/08/13 | MSS | 0002 | Review relevant documents (.6); telephone calls and emails with various parties regarding various issues (.8). | 1.40 |
| 11/11/13 | SLS | 0002 | Call with M. Stamer and D. Fisher regarding case status. | 0.10 |
| 11/11/13 | MSS | 0002 | Review relevant materials (.3); telephone calls with various parties regarding various issues (.5). | 0.80 |
| 11/12/13 | MSS | 0002 | Review relevant materials (.5); telephone calls and emails with various parties regarding various issues (.6). | 1.10 |
| 11/13/13 | MSS | 0002 | Review relevant materials (.5); telephone calls and emails with various parties regarding status (.8). | 1.30 |
| 11/14/13 | MSS | 0002 | Review relevant materials (.6); telephone calls and emails with various parties regarding various issues (.8). | 1.40 |
| 11/14/13 | KME | 0002 | Confer with AG team regarding case calendar (.1); review updated calendar (.1). | 0.20 |
| 11/14/13 | JKL | 0002 | Update case calendar. | 0.30 |
| 11/15/13 | MSS | 0002 | Telephone calls and emails with Akin and Jefferies and client representatives (.5); review relevant documents (.6). | 1.10 |
| 11/15/13 | KME | 0002 | Confer with AG team regarding conflicts counsel issue (.2, .1); revise draft email to UCC regarding same (.3); send same to UCC (.1); review emails regarding scheduling issues (.1). | 0.80 |
| 11/15/13 | KME | 0002 | Review letters from Hellenic Finance Ministry regarding service issue. | 0.20 |
| 11/15/13 | JSS | 0002 | Draft and revise note to Committee regarding conflicts counsel issue (1.3); discuss same with S. Schultz (.1). | 1.40 |
| 11/18/13 | SEO | 0002 | Confer with S.Schultz regarding scheduling (.2); review press clippings (.1); confer with M. Stamer (.3). | 0.60 |
| 11/19/13 | JSS | 0002 | Discuss status conference with S. Schultz. | 0.20 |
| 11/20/13 | JKL | 0002 | Update case calendar. | 0.20 |
| 11/27/13 | KME | 0002 | Calls with creditor regarding case status (.2, .3); confer with AG team regarding case calendar (.1). | 0.60 |
| 11/27/13 | JKL | 0002 | Update case calendar. | 0.90 |
| 11/04/13 | RT | 0003 | Reviewed bills for contract attorney services for document review. | 0.20 |
| 11/08/13 | JSS | 0003 | Begin review of Akin Gump October pre-bill for privilege and task codes. | 1.70 |
| 11/11/13 | JSS | 0003 | Review Akin Gump October pre-bill for privilege issues and task codes (4.1); discuss same with K. Prater (.1). | 4.20 |
| 11/11/13 | JKL | 0003 | Review interim fee applications. | 0.30 |
| 11/12/13 | JSS | 0003 | Continue review of Akin Gump October pre-bill for privilege issues and task codes (1.7); email to K. Eide regarding same (.1). | 1.80 |
| 11/17/13 | KME | 0003 | Review AG pre-bill for privilege and task codes. | 3.00 |
| 11/19/13 | JKL | 0003 | Assemble fee statement cover pages. | 1.20 |
| 11/20/13 | KME | 0003 | Review AG monthly invoice (.4); confer with AG team regarding same (.2); review and revise cover sheet for AG fee statement (.3); coordination regarding filing of AG fee statement (.2, .1). | 1.20 |
| 11/20/13 | JKL | 0003 | Update fee statement cover pages (.7); redact invoice (.3); file fee statement (.3); serve same (.1). | 1.40 |

EXCEL MARITIME CARRIERS LTD. AD HOC NOTE
Invoice Number: 1517259

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/21/13 | JKL | 0003 | Prepare affidavit of service for fee statements. | 0.90 |
| 11/05/13 | JSS | 0004 | Review lenders' professionals fee statement. | 0.70 |
| 11/06/13 | KME | 0004 | Review status of AG fee statements (.1); review of interim comp procedures order (.2); follow-up with Debtors' counsel regarding fee statements (.1). | 0.40 |
| 11/08/13 | JSS | 0004 | Review lender's professional's invoice (1.3); review Debtors' filing regarding ordinary course professional payments (.1). | 1.40 |
| 11/11/13 | KME | 0004 | Locate and review sample interim fee applications (.9); call with Robbins Russell regarding interim fee application process (.1). | 1.00 |
| 11/14/13 | KME | 0004 | Review tax invoice from Greek counsel. | 0.20 |
| 11/18/13 | JKL | 0004 | Review Robbins fee statement. | 0.10 |
| 11/20/13 | SLS | 0004 | Prepare exhibit to fee statement (.4); review fee statement for filing (.3). | 0.70 |
| 11/20/13 | KME | 0004 | Review Jefferies fee statement for privilege (.7); emails with Jefferies team regarding same (.1); coordination regarding filing of same (.1). | 0.90 |
| 11/20/13 | JKL | 0004 | File Jefferies fee statement (.3); serve same (.1). | 0.40 |
| 11/21/13 | JSS | 0004 | Review Debtors' professional's monthly fee statements. | 2.60 |
| 11/22/13 | JSS | 0004 | Continue review of Debtors' professionals' fee statements (1.4); emails to K. Eide (.1) and S. Schultz (.1) regarding same. | 1.60 |
| 11/25/13 | KME | 0004 | Review professional fee summary. | 0.30 |
| 11/25/13 | JSS | 0004 | Research regarding professional fees (.6); draft and send email regarding same to K. Eide (.4). | 1.00 |
| 11/27/13 | JSS | 0005 | Review amended schedules (.9); email to S. Schultz and K. Eide regarding same (.1). | 1.00 |
| 11/08/13 | JSS | 0006 | Review Marsoft retention order and compare with version submitted to Court (.2); send email to K. Eide and S. Schultz regarding same (.1). | 0.30 |
| 11/06/13 | SLS | 0007 | Professionals' pre-call (.2) and UCC call (.3); follow-up call with M. Stamer regarding same (.2). | 0.70 |
| 11/06/13 | KME | 0007 | Confer with AG team regarding UCC update call (.1, .1); prepare call list (.1). | 0.30 |
| 11/06/13 | DIF | 0007 | Committee pre-call (.2) and UCC call (.3) and follow up (.3). | 0.80 |
| 11/06/13 | JSS | 0007 | Participate in professionals' pre-call (.1) (portion) and Committee call (.1) (portion). | 0.20 |
| 11/13/13 | SLS | 0007 | Participate in professionals' call (.3) and UCC call (.3). | 0.60 |
| 11/13/13 | MSS | 0007 | Participate in pre-call (.3) and UCC call (.3) and follow up (.2). | 0.80 |
| 11/13/13 | KME | 0007 | Advisors' pre-call (.3); UCC update call (.2) (partial). | 0.50 |
| 11/13/13 | DIF | 0007 | Committee pre-call (.3) and UCC call (.3) and follow up (.1). | 0.70 |
| 11/13/13 | JSS | 0007 | Participate in professionals' pre-call (.3); participate in weekly update call with the Committee (.3); update contact list for weekly update call (.3). | 0.90 |
| 11/14/13 | DIF | 0007 | Call with UCC members. | 0.30 |
| 11/18/13 | SLS | 0007 | Communication to UCC regarding upcoming call (.1); review Jefferies materials regarding same (.3); participate in professionals' pre-call (.2); participate in UCC call (.4); follow-up communication with M. Stamer regarding same (.2). | 1.20 |
| 11/18/13 | MSS | 0007 | Participate in pre-call (.2) and UCC call (.4) and follow up (.8). | 1.40 |
| 11/18/13 | SEO | 0007 | Participate in pre-UCC call (.2); participate in UCC call (.4); prepare for same (.2). | 0.80 |
| 11/18/13 | KME | 0007 | Prepare for UCC call (.1); advisors' pre-call (.2); UCC update call (.4). | 0.70 |
| 11/18/13 | DIF | 0007 | Participate in pre-call (.2) and UCC call (.4) and follow up (.2). | 0.80 |
| 11/18/13 | JSS | 0007 | Participate in Committee Professionals' pre-call (.2); participate in update call with the Committee (.4); related follow-up (.1). | 0.70 |
| 11/20/13 | MSS | 0007 | Prepare for and participate in committee call. | 0.60 |
| 11/26/13 | SLS | 0007 | Participate in professionals' pre-call (.3); participate in UCC call (.6); related follow-up communications with M. Stamer and D. Fisher regarding same (.2). | 1.10 |
| 11/26/13 | KME | 0007 | Professionals' pre-call (.3); UCC update call (.4) (partial). | 0.70 |
| 11/26/13 | JSS | 0007 | Participate in professionals' pre-call (.3); call with Committee (.6); | 1.00 |

EXCEL MARITIME CARRIERS LTD. AD HOC NOTE

Invoice Number: 1517259

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | prepare for same calls (.1). | |
| 11/05/13 | SLS | 0008 | Call with court regarding case status. | 0.30 |
| 11/05/13 | MSS | 0008 | Prepare for (.1) and participate in telephonic chambers (.3) conference. | 0.40 |
| 11/19/13 | SLS | 0008 | Participate in chambers' conference (.3); telephone call with M. Stamer regarding same (.2); communication to UCC regarding same (.3). | 0.80 |
| 11/19/13 | MSS | 0008 | Prepare for and participate in telephonic chambers conf (.3) and follow up (.3). | 0.60 |
| 11/19/13 | SEO | 0008 | Prepare for (.2) and attend teleconference with chambers (.3). | 0.50 |
| 11/19/13 | SG | 0008 | Participate in telephonic court conference. | 0.30 |
| 11/06/13 | KME | 0010 | Review and circulate cash collateral budget. | 0.10 |
| 11/16/13 | KME | 0010 | Emails regarding cash collateral stipulation. | 0.10 |
| 11/17/13 | SLS | 0010 | Begin review of agreement to use cash collateral. | 0.50 |
| 11/18/13 | SLS | 0010 | Review proposed cash collateral stipulation (.5); telephone call with M. Stamer regarding same (.2); communication to S. Elberg regarding same (.1, .1, .1). | 1.00 |
| 11/18/13 | KME | 0010 | Review draft cash collateral stipulation. | 2.10 |
| 11/20/13 | SLS | 0010 | Review proposed revisions to cash collateral order (.2); communication to M. Stamer and K. Eide regarding same (.1). | 0.30 |
| 11/21/13 | SLS | 0010 | Telephone call regarding cash collateral order with M. Stamer (.2); telephone call with M. McDermott regarding same (.1) | 0.30 |
| 11/22/13 | SLS | 0010 | Review revised cash collateral order (.2); communications with M. Stamer (.1) and S. Elberg (.1, .1) regarding same. | 0.50 |
| 11/01/13 | SLS | 0015 | Communications with conflicts counsel regarding lien review deadline (.1); review stipulation extending same (.1); communication with J. Monaghan (.1) and K. Eide (.1) regarding same. | 0.40 |
| 11/04/13 | KME | 0015 | Review and circulate lien challenge period stipulated order. | 0.20 |
| 11/14/13 | KME | 0015 | Draft stipulation extending lien challenge period (.4); follow-up regarding same (.2, .3). | 0.90 |
| 11/14/13 | JKL | 0015 | Review stipulation to extend lien challenge period. | 0.80 |
| 11/15/13 | KME | 0015 | Coordination regarding finalization of lien challenge period stipulation (.1); prepare stip for filing (.2); draft email to chambers regarding same (.1); review and circulate stip to UCC advisors (.2). | 0.60 |
| 11/18/13 | JSS | 0015 | Research regarding Nordea facility issues (.5); send email to K. Eide regarding same (.2). | 0.70 |
| 11/01/13 | KME | 0017 | Draft lien challenge period extension stip (.4); prepare submission copy and send stip to chambers (.2). | 0.60 |
| 11/07/13 | SEO | 0017 | Follow-up regarding court call and settlement. | 0.20 |
| 11/14/13 | SEO | 0017 | Review settlement proposal (1.0); confer with team regarding same (.2); prepare for oral argument (.3). | 1.50 |
| 11/23/13 | SLS | 0017 | Communications with J. Sharp regarding revised Ore Hansa settlement motion (.1, .2). | 0.30 |
| 11/23/13 | KME | 0017 | Review revised draft Ore Hansa 9019 motion (.3); emails regarding same (.1). | 0.40 |
| 11/23/13 | JSS | 0017 | Review Ore Hansa 9019 motion and proposed order (.3); email to S. Schultz regarding same (.1). | 0.40 |
| 11/27/13 | KME | 0017 | Review filed version of Ore Hansa 9019 motion. | 0.10 |
| 11/05/13 | KME | 0021 | Confer with AG team regarding exclusivity issues (.1); follow-up regarding same (.1). | 0.20 |
| 11/06/13 | KME | 0021 | Confer with S. Schultz regarding exclusivity issues. | 0.10 |
| 11/23/13 | SLS | 0021 | Communications with K. Eide (.1, .2) and M. Stamer (.2) regarding motion to extend exclusivity | 0.50 |
| 11/23/13 | KME | 0021 | Review exclusivity motion (.4); emails regarding same (.1). | 0.50 |
| 11/23/13 | JSS | 0021 | Email to S. Schultz regarding note advising Committee of Debtors' motion to extend exclusivity. | 0.70 |
| 11/27/13 | KME | 0021 | Emails regarding exclusivity motion. | 0.20 |
| 11/27/13 | JSS | 0021 | Revise note to Committee regarding Debtors' exclusivity extension motion. | 0.20 |

EXCEL MARITIME CARRIERS LTD. AD HOC NOTE                                                    Page 5
Invoice Number: 1517259                                                          December 19, 2013

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/01/13 | SLS | 0022 | Communications to Jefferies team regarding settlement analysis (.4); update call with M. Stamer regarding same (.2, .2, .2); telephone calls with R. Morgner regarding same (.2, .2); communication from N. Brown regarding same (.1); telephone call with M. Stamer and M. McDermott regarding term sheet status (.2); telephone call with M. Stamer and N. Brown regarding same (.3); communication with Akin working group regarding same (.2). | 2.20 |
| 11/01/13 | MSS | 0022 | Review relevant materials (1.2); telephone calls and emails with Akin team, Company, Ivory representatives and others regarding various mediation issues (1.3). | 2.50 |
| 11/01/13 | KME | 0022 | Review emails regarding plan negotiation status. | 0.10 |
| 11/01/13 | DIF | 0022 | Term sheet/proposal emails and calls. | 1.20 |
| 11/04/13 | MSS | 0022 | Review relevant documents (.6); telephone calls and emails with Akin team and company representatives regarding plan issues (1.2); telephone calls and emails with client representatives regarding same (.4). | 2.20 |
| 11/06/13 | SLS | 0022 | Telephone call with J. Monaghan regarding status (.2); communication to working group regarding same (.1). | 0.30 |
| 11/06/13 | KME | 0022 | Review update regarding plan term sheet status. | 0.10 |
| 11/11/13 | KME | 0022 | Confer with AG team regarding status of plan negotiations. | 0.20 |
| 11/15/13 | SLS | 0022 | Communication to working group regarding revised settlement term sheet (.2); review same (.4). | 0.60 |
| 11/15/13 | SEO | 0022 | Review term sheet (.2); confer regarding communications from court (.3). | 0.50 |
| 11/15/13 | KME | 0022 | Review revised draft plan term sheet (.4); confer with AG team regarding same (.2). | 0.60 |
| 11/15/13 | DIF | 0022 | Review revised term sheet. | 1.10 |
| 11/15/13 | JSS | 0022 | Review term sheet. | 0.40 |
| 11/16/13 | SLS | 0022 | Email to M. Stamer and D. Fisher regarding settlement term sheet (.2); communication to UCC regarding same (.3). | 0.50 |
| 11/16/13 | KME | 0022 | Review emails regarding draft term sheet (.2); initial review of revised POR and DS (1.1); review of draft confirmation timeline (.1). | 1.40 |
| 11/16/13 | DIF | 0022 | Review draft Plan documents. | 1.20 |
| 11/17/13 | SLS | 0022 | Communication with D. Fisher regarding plan documents (.1, .1, .2); began review of plan (.5); began review of disclosure statement (.5). | 1.40 |
| 11/17/13 | KME | 0022 | Research regarding rights offering issues (1.3); review of proposed plan solicitation timeline (.2); initial review of draft plan and disclosure statement (.5). | 2.00 |
| 11/17/13 | DIF | 0022 | Review draft Plan documents. | 1.50 |
| 11/18/13 | SLS | 0022 | Telephone call with D. Fisher and M. Stamer regarding case status (.2); mark-up settlement term sheet (.3); telephone call with R. Morgner regarding analysis of settlement term sheet (.3); review revised plan (2.6); review D. Fisher revisions to same (.6); review Excel's revisions to settlement term sheet (.1); communication to Akin working group regarding same (.1); telephone call with M. Stamer and M. McDermott regarding same (.2); telephone call with M. Phillips regarding same (.2); review and comment on disclosure statement (1.5). | 6.10 |
| 11/18/13 | MSS | 0022 | Review revised term sheet and related documents (2.2); calls and emails with Akin team and others regarding same (.8). | 3.00 |
| 11/18/13 | KME | 0022 | Research regarding rights offering issues (1.5); review and comment on draft POR (3.6); begin review of draft DS (.8). | 5.90 |
| 11/18/13 | DIF | 0022 | Review and comment on term sheet (.4); comment on Plan (1.8);  review and comment on DS (2.1); work on sub document (1.7). | 6.00 |
| 11/18/13 | SDS | 0022 | Review and revise  Subscription Agreement (3.3); calls and correspondence with internal team regarding same (.8). | 4.10 |
| 11/18/13 | JSS | 0022 | Comment on latest version of Debtors' plan (1.1); email to K. Eide regarding same (.2). | 1.30 |
| 11/18/13 | JKL | 0022 | Research re rights offering pleadings (2.1); review plan and disclosure | 4.90 |

EXCEL MARITIME CARRIERS LTD. AD HOC NOTE                                                     Page 6
Invoice Number: 1517259                                                          December 19, 2013

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | statements regarding rights offering (1.3, 1.5). | |
| 11/19/13 | SLS | 0022 | Review revised plan (3.2); communication with M. McDermott regarding plan settlement term sheet (.2); telephone call with K. Eide regarding plan and disclosure statement comments (.1, .2, .1, .1); telephone call with M. McDermott regarding plan (.2); telephone call with S. Elberg regarding same (.2); communication to Skadden team regarding same (.2); review and comment on disclosure statement (2.0); telephone call to H. Ray regarding same (.2). | 6.70 |
| 11/19/13 | MSS | 0022 | Review revised term sheet and plan documents (1.2); telephone calls and emails with Akin and Jefferies team (.8). | 2.00 |
| 11/19/13 | KME | 0022 | Review and revise draft POR (2.9, .4, .3); review and revise draft DS (3.2, 1.2, .4); review signature pages for term sheet (.3); coordination regarding execution of same (.2); review of revised term sheet (.3). | 9.20 |
| 11/19/13 | DIF | 0022 | Review and comment on plan (1.8), DS (2.3) and solicitation motion (.5). | 4.60 |
| 11/19/13 | SDS | 0022 | Review, revise and distribute Subscription Agreement (3.5); calls and correspondence with internal team regarding same (.7). | 4.20 |
| 11/20/13 | SLS | 0022 | Review execution version of the settlement stipulation (.2); telephone call with B. Reddy regarding same (.2); communication to working group regarding signature pages (.1); communication to M. McDermott regarding Robertson issues (.1); review revised disclosure statement (1.0); telephone call with M. McDermott regarding Robertson issues (.2); review further revised disclosure statement (2.0); communication with Jefferies team regarding disclosure statement comments (.2, .2, .1); telephone call with M. Phillips regarding potential resolution of Robertson issues (.2); telephone call with K. Eide and D. Fisher regarding status of disclosure statement review (.2); review subscription agreement (1.3); telephone calls with M. Stamer regarding draft plan (.1, .1, .2); telephone call with Akin working group regarding subscription agreement (.3); communication to Skadden team regarding same (.1); communications to S. Elberg regarding proposed effective date (.1, .1); follow-up communication to D. Fisher regarding subscription agreement timeline (.1). | 7.10 |
| 11/20/13 | MSS | 0022 | Review revised plan and DS and related documents (1.8); telephone calls and emails with Akin team and Jefferies team regarding same (.8). | 2.60 |
| 11/20/13 | SEO | 0022 | Review correspondence regarding DS and plan issues. | 0.20 |
| 11/20/13 | KME | 0022 | Confer with AG team regarding DS markup (.1); review same (.2); review Jefferies comments to DS (.4); follow-up regarding same (.2); review and revise DS (2.9); review of subscription agreement (.4); call with AG team regarding same (.2). | 4.40 |
| 11/20/13 | KME | 0022 | Research regarding plan term sheet issue (.7); call regarding subscription agreement (.2). | 0.90 |
| 11/20/13 | DIF | 0022 | Review and comment on disclosure statement and Subscription Agreement. | 4.10 |
| 11/20/13 | SDS | 0022 | Review, revise and distribute Subscription Agreement (3.5); calls and correspondence with internal team regarding same (.8). | 4.40 |
| 11/20/13 | JKL | 0022 | Review disclosure statement. | 0.70 |
| 11/21/13 | SLS | 0022 | Telephone call with M. McDermott regarding plan related matters (.3); telephone call with C. Okike and J. Lanz regarding same (.5); review financing term sheet for plan (.9); telephone call with M. Stamer regarding same (.2); review additional risk factors for disclosure statement (.6); communication with Skadden team regarding same (.2); communications with Akin team regarding tax disclosures (.2); communication to working group regarding revised plan documents (.2); preliminary review of revised plan (.2); preliminary review of revised disclosure statement (.2). | 3.50 |
| 11/21/13 | HBJ | 0022 | Follow-up on Plan/Disclosure statement edits to reflect agreement of | 0.30 |

EXCEL MARITIME CARRIERS LTD. AD HOC NOTE

Page 7

Invoice Number: 1517259

December 19, 2013

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | parties. | |
| 11/21/13 | MSS | 0022 | Review relevant plan and disclosure statement related materials (1.2); telephone calls and emails with Akin and Jefferies teams and client representatives (.8). | 2.00 |
| 11/21/13 | SEO | 0022 | Review revised term sheet. | 0.20 |
| 11/21/13 | KME | 0022 | Coordination regarding collection of term sheet signature pages (.3); multiple conferences with AG team regarding plan and disclosure statement issues (.5); review of revised draft plan and disclosure statement (1.1); review draft term sheet for new credit facility (.3). | 2.20 |
| 11/21/13 | DIF | 0022 | Review plan and DS (2.6) and credit facility term sheet (.6). | 3.20 |
| 11/22/13 | SLS | 0022 | Review and comment on revised plan (.7); review and comment on revised disclosure statement (.7); communication to Akin team regarding plan documents (.2); participate in call with Akin and Skadden teams regarding open securities related issues associated with the plan (.5); communication with B. Kim regarding credit facility term sheet (.2). | 2.30 |
| 11/22/13 | HBJ | 0022 | Review Plan and Disclosure statement drafts (1.4) and discuss with B. Morris (.2). | 1.60 |
| 11/22/13 | SBK | 0022 | Multiple emails with D. Fisher regarding plan requirement for creditors to sign LLC agmt (.3); Review files regarding backstop funding commitment letters (.8); Email to D. Fisher regarding same (.2). | 1.30 |
| 11/22/13 | BK | 0022 | Review of term sheet for credit facility. | 1.30 |
| 11/22/13 | KME | 0022 | Review and circulate executed term sheet (.3); multiple conferences with AG team regarding plan and DS issues (.7); revise and edit plan and DS (2.6, 2.4); review of credit facility term sheet (.3, .2); confer with Jefferies team regarding same (.1); emails regarding solicitation issues (.2). | 6.80 |
| 11/22/13 | DIF | 0022 | Analyze securities issues related to plan (.6) and review Plan/DS/Subscription Agreement issues and comment on same (4.3). | 4.90 |
| 11/22/13 | BTM | 0022 | Review and revise plan and disclosure statement (5.7); review and revise subscription agreement (.2). | 5.90 |
| 11/23/13 | SLS | 0022 | Communications with Akin team regarding revised disclosure statement comments (.2, .1, .2); email to J. Lanz regarding same (.2); communications regarding distribution of documents to UCC (.2); review and further comments regarding subscription agreement (.3); respond to UCC question regarding plan and disclosure statement (.2). | 1.40 |
| 11/23/13 | HBJ | 0022 | Reviewing tax provisions of Plan and Disclosure Statement and exchanging comments with calls with B. Morris regarding same (1.5); Review and edit Subscription Agreement and comments to D. Fisher (.5). | 2.00 |
| 11/23/13 | SBK | 0022 | Emails/calls with D. Fisher regarding rights offering logistics. | 0.20 |
| 11/23/13 | KME | 0022 | Multiple emails regarding plan and DS issues (.6, .3); emails with AG team regarding subscription agreement (.2); revise and edit plan and DS (1.8, .3); revise and edit credit facility term sheet (.6, .2); confer with AG team regarding same (.2). | 4.20 |
| 11/23/13 | DIF | 0022 | Review and comment on Plan and DS (2.1); discuss Subscription Agreement issues with Kuhn (.3). | 2.40 |
| 11/23/13 | JSS | 0022 | Review amended credit facility term sheet (.6); email to K. Eide regarding same (.1). | 0.70 |
| 11/23/13 | BTM | 0022 | Review and revise subscription agreement. | 1.00 |
| 11/24/13 | SLS | 0022 | Review and comment on plan documents (1.5); communication with Akin and Jefferies teams regarding credit facility term sheet (.2); communication with M. Stamer regarding plan documents (.2); telephone call with K. Eide regarding same (.2); numerous communications to coordinate comments to plan documents (.1, .1, .2, .2). | 2.60 |
| 11/24/13 | HBJ | 0022 | Reviewing additional revisions to documents (1.1), discuss with B. Morris (.2) and forward to Bankruptcy team (.1). | 1.40 |

EXCEL MARITIME CARRIERS LTD. AD HOC NOTE

Page 8

Invoice Number: 1517259

December 19, 2013

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 11/24/13 | KME | 0022 | Emails regarding solicitation issues (.2); review solicitation materials (.7); revise and edit plan and DS (2.8, .4); confer with S. Schultz regarding same (.1); revise and edit subscription agreement (.6, .3); revise and edit credit facility term sheet (.2). | 5.30 |
| 11/24/13 | DIF | 0022 | Review and comment on Plan (1.1), DS (1.3) and Subscription Agreement (1.2). | 3.60 |
| 11/24/13 | JSS | 0022 | Prepare pdf versions of plan documents submitted by Debtors (.5); send same to S. Schultz (.1); review ballots, solicitation motion/order and disclosure statement (2.8); multiple emails to S. Schultz and K. Eide regarding same (.4). | 3.80 |
| 11/24/13 | BTM | 0022 | Review and revise disclosure statement. | 2.30 |
| 11/25/13 | SLS | 0022 | Review revisions to plan and disclosure statement (1.7); telephone calls with K. Eide regarding same (.2, .2); communications with D. Fisher regarding same (.2); telephone calls with N. Brown regarding same (.2, .1, .2); participate in all hands call regarding plan documents (.5); review proposed revised Paul Weiss language (.2); telephone call with D. Fisher regarding same (.1, .1); draft proposed response to same (.2); numerous communications with Paul Weis, Akin and Skadden team regarding distribution language (1.0). | 4.90 |
| 11/25/13 | HBJ | 0022 | Review tax comments to disclosure statement (.4) and emails with Skadden tax regarding same (.2). | 0.60 |
| 11/25/13 | KME | 0022 | Revise and edit plan and (1.2, 1.8); call with consenting parties regarding plan and DS (.5); multiple conferences with AG and Jefferies teams regarding plan and DS issues (.7); further review of solicitation materials (2.6). | 6.80 |
| 11/25/13 | DIF | 0022 | All hands call (.5); review and comment on plan related documents (3.4). | 3.90 |
| 11/25/13 | JSS | 0022 | Review Plan and Disclosure Statement (.9); participate in call with professionals regarding outstanding issues in Plan documents (.5). | 1.40 |
| 11/25/13 | JKL | 0022 | Review motions to approve the disclosure statement. | 0.20 |
| 11/25/13 | BTM | 0022 | Review and revise disclosure statement. | 1.30 |
| 11/26/13 | SLS | 0022 | Communications with D. Fisher regarding 1145 language (.5); communication to R. Morgner regarding deficiency claim calculation (.2); review revised plan (.5, .4, .4); review revised disclosure statement (.5, .4, .3); review revisions to subscription agreement (.3, .2); communications with D. Fisher regarding same (.1); communications with R. Morgner regarding same (.1); telephone call with S. Elberg regarding same (.2); telephone call (.1) and email (.1) to A. Gamza regarding comments to plan and disclosure statement; review revised disclosure statement order (.3, .2); telephone call with M. Stamer regarding next steps (.2); telephone call with committee member regarding plan process (.2); telephone call with working group regarding open issues with plan documents (.4); numerous communications with M. Phillips and Skadden team regarding subscription agreement (.2, .1, .1); call with M. Stamer regarding plan status (.1); telephone call with K Eide regarding same (.1); telephone call with J. Lanz regarding same (.1); review filing version of plan and related documents (2.0). | 8.30 |
| 11/26/13 | HBJ | 0022 | Discussions and emails with B. Morris regarding revised Plan and Disclosure Statement and brief review of edits. | 0.50 |
| 11/26/13 | BK | 0022 | Review of term sheet (1.9) and call with group (.3). | 2.10 |
| 11/26/13 | KME | 0022 | Review plan, DS and related documents (3.3, 2.8, 3.1); multiple calls and emails regarding same (1.1). | 10.30 |
| 11/26/13 | DIF | 0022 | Attention to all Plan related documents (10.2); calls and finalize Plan and DS (1.6). | 11.80 |
| 11/26/13 | JSS | 0022 | Review plan documents (.3); email to K. Eide regarding same (.1). | 0.40 |
| 11/26/13 | BTM | 0022 | Review and revise disclosure statement. | 3.30 |
| 11/27/13 | SLS | 0022 | Communications with Akin team regarding distribution of plan related | 2.90 |

EXCEL MARITIME CARRIERS LTD. AD HOC NOTE                                    Page 9
Invoice Number: 1517259                                              December 19, 2013

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | documents to various parties (.5); telephone call with bondholder regarding plan structure (.3); telephone call with UCC member regarding plan (.4); numerous communications with Akin and Jefferies teams regarding next steps for plan process (1.7). | |
| 11/27/13 | HBJ | 0022 | Review edits to Plan and Disclosure Statement for filing (.6) and emails regarding edits with B. Morris (.2). | 0.80 |
| 11/27/13 | KME | 0022 | Review and circulate filed copies of solicitation motion (.2); respond to inquiry from Committee member regarding solicitation issues (.2). | 0.40 |
| 11/27/13 | JKL | 0022 | Assemble book regarding DS and Plan documents. | 0.40 |
| 11/27/13 | DIF | 0027 | Analyze post-filing issues (1.2); discuss with holders (.2). | 1.40 |
| | | | Total Hours | 311.20 |

**Exhibit B**

## EXCEL MARITIME CARRIERS LTD., *et al.*
### NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013

| PARTNERS | DEPARTMENT | STATE/COUNTRY OF BAR ADMISSION – YEAR | HOURS | HOURLY BILLING RATE | AMOUNT |
|---|---|---|---|---|---|
| Michael S. Stamer | Financial Restructuring | New Jersey – 1989<br>New York - 1990 | 31.20 | $1100.00 | $34,320.00 |
| Sarah L. Schultz | Financial Restructuring | Texas - 2001 | 60.10 | $850.00 | $51,085.00 |
| Sean E. O'Donnell | Litigation | New York - 1998 | 4.50 | $870.00 | $3,915.00 |
| Howard B. Jacobson | Tax | District of Columbia – 1979 | 7.20 | $770.00 | $5,544.00 |
| Daniel I. Fisher | Corporate | New York – 2003<br>District of Columbia – 2006 | 53.50 | $775.00 | $41,462.50 |
| Stephen B. Kuhn | Corporate | New York - 1991 | 1.50 | $850.00 | $1,275.00 |
| Brian Kim | Corporate | New York – 2001 | 3.40 | $850.00 | $2,890.00 |
| **SENIOR COUNSEL & COUNSEL** | **DEPARTMENT** | **STATE/COUNTRY OF BAR ADMISSION – YEAR** | **HOURS** | **HOURLY BILLING RATE** | **AMOUNT** |
| Sunny Gulati | Litigation | New York - 2004 | 0.30 | $665.00 | $199.50 |
| Spencer D. Smith | Corporate | New York - 2006 | 12.70 | $635.00 | $8,064.50 |
| **ASSOCIATES** | **DEPARTMENT** | **STATE/COUNTRY OF BAR ADMISSION – YEAR** | **HOURS** | **HOURLY BILLING RATE** | **AMOUNT** |
| Kevin M. Eide | Financial Restructuring | California – 2009<br>District of Columbia - 2011 | 78.60 | $650.00 | $51,090.00 |
| Roxanne Tizravesh | Litigation | New York - 2009 | 0.20 | $580.00 | $116.00 |
| Jason S. Sharp | Financial Restructuring | Texas - 2012 | 30.70 | $400.00 | $12,280.00 |
| Brandon T. Morris | Tax | New York - 2009 | 13.80 | $475.00 | $6,555.00 |

| LEGAL ASSISTANTS | DEPARTMENT | | HOURS | HOURLY BILLING RATE | AMOUNT |
|---|---|---|---|---|---|
| Jacqueline K. Lewis | Financial Restructuring | | 12.70 | $205.00 | $2,603.50 |
| Brenda R. Kemp | Financial Restructuring | | 0.80 | $225.00 | $180.00 |
| **TOTAL FEES** | | | **311.20** | | **$221,580.00** |

**Exhibit C**

**EXCEL MARITIME CARRIERS LTD.,** *et al.*
**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| | |
|---|---:|
| Bank Fees & Charges | $13.20 |
| Courier Service/Messenger Service- Off Site | $182.26 |
| Duplication - In House | $54.30 |
| Miscellaneous | $1,055.80 |
| Meals - Business | $23.17 |
| Meals (100%) | $172.46 |
| Professional Fees - Outside Counsel | $7,482.51 |
| Professional Fees - Process Server | $95.00 |
| Telephone - Long Distance | $421.00 |
| Travel– Airfare | $705.51 |
| Travel– Ground Transportation | $460.58 |
| Travel - Telephone & Fax | $12.94 |
| Travel - Train Fare | $181.00 |
| **TOTAL** | **$10,859.73** |

**Exhibit D**



**KYRIAKIDES GEORGOPOULOS**
Law Firm

**KONSTANTINOS S. ISSAIAS**
PARTNER

Athens Office
Tel.: +30 210 817 1616, Mobile: +30 6941 401971

Fax: +30 210 685 6657/8
E-mail: k.issaias@kglawfirm.gr

November 28th, 2013

To

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF EXCEL MARITIME CARRIERS LTD., *ET AL.***
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
NY 0036-6745
New York
U.S.A.

**_Attn.: Mr. Kevin Eide_**

Dear Kevin,

Please find herewith our Statement of Fees and Expenses for services rendered regarding the above matter for the month of **October 2013**.

Due to tax regulations, please note that **seven (7) days** after receipt of current statement of fees, **we shall issue and send you our tax invoice** corresponding to this bill. If you have any **comments**, please **let us know in time and in any event prior to the issuance of our invoice**.

Thanking you for your kind co-operation.-

Sincerely yours,

Konstantinos S. Issaias

**Athens:** 28, Dimitriou Soutsou str. • GR-115 21 • Tel.: +30 210 817 1500 • Fax: +30 210 685 6657/8
**Thessaloniki:** 17, Ethnikis Antistasseos str. • GR-55134 • Tel.: +30 2310 478640-50-60-70 • Fax: +30 2310 455126

Certified by ISO 9001: 2008                                                                                   www.kglawfirm.gr

KG Law Firm ref. num.: 2.865.467

**KONSTANTINOS S. ISSAIAS**
PARTNER

Athens Office
Tel.: +30 210 817 1616, Mobile: +30 6941 401971

Fax: +30 210 685 6657/8
E-mail: k.issaias@kglawfirm.gr



**KYRIAKIDES GEORGOPOULOS**
Law Firm

November 28th, 2013

To

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF EXCEL MARITIME CARRIERS LTD., *ET AL.***
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
NY 0036-6745
New York
U.S.A.

### *STATEMENT OF FEES & EXPENSES*
### *FOR THE MONTH OF OCTOBER 2013*

**I.    FEES**
***Total time involved: 119,00 hrs***
For Partners (18,25 hrs x € 280/h) ................................................. €        5.110,00.-
For Junior Associates (3,000 hrs x € 120/h) ................................... €         360,00.-
                   **Total fees ............................................................ €    5.470,00.-**

**II.    EXPENSES**
For Embassy legalisation fees ....................................................... €         38,00.-
                   ***Total fees and expenses......................................... €    5.508,00.-***
                   ***or ......................................................................... US$[i]    7,482.51.-***

***(Say: EURO Five Thousand Five Hundred and Eight or US$ Seven Thousand Four Hundred Eighty Two and Fifty One Cents).-***

KYRIAKIDES GEORGOPOULOS
LAW FIRM

By:  _____
       Konstantinos S. Issaias

---

[i] Today's exchange rate 1€ = 1.35848 US$

**Athens:** 28, Dimitriou Soutsou str. • GR-115 21 • Tel.: +30 210 817 1500 • Fax: +30 210 685 6657/8
**Thessaloniki:** 17, Ethnikis Antistaseos str. • GR-55134 • Tel.: +30 2310 478640-50-60-70 • Fax: +30 2310 455126

**Certified by ISO 9001: 2008**                                                                                              **www.kglawfirm.gr**
KG LAW FIRM REF. NUM.: 2.865.467



## STATEMENT OF FEES
### PROJECT: **UCC - INSOLVENCY [70-30011826-001]**
### CUSTOMER: **AKIN GUMP STRAUSS HAUER & FELD LLP [30011826]**
### PERIOD FROM: **Tuesday, 01/10/2013**   TO: **Thursday, 31/10/2013**

| Date | Lawyer | Grade | Hours | Price /Hour | Value | Explanation |
|------|--------|-------|-------|-------------|-------|-------------|
| **Tuesday, 01/10/2013** | AVRAMIDOU Katerina | PARTNER | 0,50 x 280,00 = | | 140,00 € | Reviewing and revising <br><br> of Exhibit B, finalising Section V of the memo <br><br> reviewing provisions of the Credit Agreement and its Amendments <br> drafting Section VI |
| **Tuesday, 01/10/2013** | ISSAIAS Konstantinos | PARTNER | 0,50 x 280,00 = | | 140,00 € | Admin. issues - revised draft engagement letter from Mr.Kevin Eide. <br> E-mails Mr. Jaisohn Im  -cooperation V. Koutsopoulou. <br> Reviewing our draft analysis on section V <br> Reviews re possible extension of mortgage cover <br> according to the various mortgages / laws applicalbe per each jurisdiction <br> Tel. Mr. Jaisohn Im <br> Darft sections of memorandum <br> Cooperation K. Avramidou - V. Koutsopoulou - sending initial drafts to clients. |
| **Tuesday, 01/10/2013** | KOUTSOPOULOU Vasiliki | JUNIOR ASSOCIATE | 0,50 x 120,00 = | | 60,00 € | ExcelMaritime: <br> Review of documents - co operation with Mr. Issaias - multiple e-mails to Mr. Im - call with Mr. Im. |
| **Wednesday, 02/10/2013** | ISSAIAS Konstantinos | PARTNER | 0,50 x 280,00 = | | 140,00 € | Tel. Mr. Kevin Eide re administrative issues re engagement letter. <br> E-mails Mr. Jaisohn Im. Checking  - correcting our draft sections of the memorandum - cooperation V. Koutsopoulou. E-mails Mr. Jaisohn Im - sending our corrected draftsections of the memorandum. |
| **Wednesday, 02/10/2013** | KOUTSOPOULOU Vasiliki | JUNIOR ASSOCIATE | 0,50 x 120,00 = | | 60,00 € | Review of documents - co operation with Mr. Issaias - multiple e-mails to Mr. Im - call with Mr. Im. |
| **Thursday, 03/10/2013** | AVRAMIDOU Katerina | PARTNER | 0,50 x 280,00 = | | 140,00 € | Receiving queries on whether a mortgage provide a security interest |
| **Thursday, 03/10/2013** | ISSAIAS Konstantinos | PARTNER | 0,50 x 280,00 = | | 140,00 € | Re extension of mortgage coverage                              the vessel - <br> cooperation K. Avramidou - V. Koutsopoulou. <br> E-mail exchanges Mr. Jaisohn Im |

| Date | Lawyer | Grade | Hours | Price /Hour | Value | Explanation |
|---|---|---|---|---|---|---|
| **Thursday, 03/10/2013** | KOUTSOPOULOU Vasiliki | JUNIOR ASSOCIATE | 0,50 x | 120,00 = | 60,00 € | Review of documents - co operation with Mr. Issaias. |
| **Friday, 04/10/2013** | ISSAIAS Konstantinos | PARTNER | 0,50 x | 280,00 = | 140,00 € | Appointment with US Embassy to proceed to the verified statement needed in the insolvency proceedings.<br>E-mails - draft verified statement and letter to the United States Trustee's office.<br>E-mails Mr. Kevin Eide<br>E-mails Mr. Kevin Eide - revised draft of the perfection memo incorporating your drafts |
| **Monday, 07/10/2013** | AVRAMIDOU Katerina | PARTNER | 0,50 x | 280,00 = | 140,00 € | Obtaining and reviewing revised draft of the perfection memo prepared by Akin Gump incorporating our drafts, commenting thereon , cutting down wording from |
| **Monday, 07/10/2013** | ISSAIAS Konstantinos | PARTNER | 0,25 x | 280,00 = | 70,00 € | Cooperation K. Avramidou - V. Koutsopoulou - draft memo sections to Mr. Jaisohn Im.<br>E-mail updates - exchanges Mr. Jaisohn Im re amending the description sections etc.<br>Letter to the United States Trustee - darfts - exchanges with Mr. Kevin Eide.<br>E-mails Mr. Jaisohn Im re Ore Hansa (claim against a third party ship in connection with a collision). |
| **Tuesday, 08/10/2013** | AVRAMIDOU Katerina | PARTNER | 0,50 x | 280,00 = | 140,00 € | Receiving a request for advice on another perfection issue in connection with Ore Hansa<br><br>                                                                    providing<br>our advice on the query. |
| **Tuesday, 08/10/2013** | ISSAIAS Konstantinos | PARTNER | 0,50 x | 280,00 = | 140,00 € | Letter to the United States Trustee's office<br>Draft Verified statement re engagement.<br>E-mails Mr. Kevin Eide. |
| **Wednesday, 09/10/2013** | ISSAIAS Konstantinos | PARTNER | 1,50 x | 280,00 = | 420,00 € | Appointment for the issuance of the verified statement at the U.S. Embassy of Athens. E-mails Mr. Jaisohn Im on matter of security interest in collission claims. |
| **Friday, 11/10/2013** | ISSAIAS Konstantinos | PARTNER | 0,75 x | 280,00 = | 210,00 € | E-mails Mr. Jaisohn Im - current draft of the perfection memo - reviews. |
| **Monday, 14/10/2013** | ISSAIAS Konstantinos | PARTNER | 1,75 x | 280,00 = | 490,00 € | E-mail Mr. Jasohn Im re security interest in                              under the ship mortgages for collision claims. |
| **Tuesday, 15/10/2013** | AVRAMIDOU Katerina | PARTNER | 0,50 x | 280,00 = | 140,00 € | Reviewing query about                              to a coliision of Ore Hansa, providing our legal advice thereon. |
| **Tuesday, 15/10/2013** | ISSAIAS Konstantinos | PARTNER | 2,25 x | 280,00 = | 630,00 € | E-mails Mr. Jaisohn Im re security interest |
| **Wednesday, 16/10/2013** | ISSAIAS Konstantinos | PARTNER | 1,50 x | 280,00 = | 420,00 € | Re security interest created with the mortgage regarding<br>                              E-mails Mr. Jaisohn Im re Ore Hansa mortgage documents |

| Date | Lawyer | Grade | Hours | Price /Hour | Value | Explanation |
|------|--------|-------|-------|-------------|-------|-------------|
| **Thursday, 17/10/2013** | ISSAIAS Konstantinos | PARTNER | 2,25 x | 280,00 = | 630,00 € | Cooperation K. Avramidou - V. Koutsopoulou on security interests. E-mails. Tel. call Mr. Jasohn Im - update. |
| **Thursday, 17/10/2013** | KOUTSOPOULOU Vasiliki | JUNIOR ASSOCIATE | 1,50 x | 120,00 = | 180,00 € | Review of documents |
| **Friday, 18/10/2013** | AVRAMIDOU Katerina | PARTNER | 3,00 x | 280,00 = | 840,00 € | Obtaining and reviewing for perfection memo in combination with documents available, providing our comments thereon, noting also findings as to the vessels and requesting advice in connection thereto. Conferring with K. Issaias on the contents of Section V and also on reviewing and completing in reviewed pursuant to the Senior Secured Credit Facility dated April 14, 2008 and the Guaranty dated April 15, 2008. |
| **Total** | | | 21,25 | | 5.470,00 € | |

| Total per Grade | | |
|------|------|------|
| Grade | Hours | Value |
| PARTNER | 18,25 | 5.110,00 € |
| JUNIOR ASSOCIATE | 3,00 | 360,00 € |
| Total | 21,25 | 5.470,00 € |



**KYRIAKIDES GEORGOPOULOS**
Law Firm

## STATEMENT OF EXPENSES
PROJECT: **UCC - INSOLVENCY [70-30011826-001]**
CUSTOMER: **AKIN GUMP STRAUSS HAUER & FELD LLP [30011826]**
PERIOD FROM: **Tuesday, 01/10/2013**     TO: **Thursday, 31/10/2013**

| Date | Description of Expense | Explanation | Value |
|------|------------------------|-------------|-------|
| **Thursday, 31/10/2013** | Embassy legalisation fee | | 38,00 € |
| **Total** | | | 38,00 € |